UNITED STATE DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| Randy Brudwick, | ) | Civil File No. 16-5019 |
|         Plaintiff, | ) ) | |
| vs. | ) ) | **STIPULATION BETWEEN THE PARTIES TO EXTEND TIME** |
| Credit Collections Bureau, | ) ) | |
|         Defendants. | ) | |

The parties to the above matter hereby submit a Stipulation for Extension of Time to the Court as follows:

1. The Plaintiff has caused a Summons and Complaint to be served upon Defendant.

2. Said Answer to the above referenced Complaint is due on Wednesday, April 20, 2106.

3. The Plaintiff has agreed to an extension of time to and including May 4, 2016 for Defendant to answer, move against, or otherwise respond to Plaintiff's Complaint.

4. No previous requests for adjournment or extension of the date to answer the Complaint have been made and the extension set forth herein does not affect any other schedule in this matter.

1

Dated: 4/18/16

Dated: 4/18/16

JD HAAS & ASSOCIATES PLLC

By: _____
JD Haas
9801 Dupont Avenue South
Suite 430
Bloomington, MN 55431
Phone: 952-345-1025
jdhaas@jdhaas.com

*Attorneys for Plaintiff*

**BANGS, McCULLEN, BUTLER,
FOYE & SIMMONS, L.L.P.**

By: _____
Rodney W. Schlauger
PO Box 2670
Rapid City, SD 57709
Phone: 605-343-1040
rschlauger@bangsmccullen.com

*Attorneys for Defendant*