UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RANDY BRUDWICK, | Case No. 16-5019 |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| CREDIT COLLECTIONS BUREAU, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the Plaintiff, Randy Brudwick, and the Defendant, Credit Collections Bureau, by their attorneys, that the Plaintiff's Complaint may be dismissed on its merits, with prejudice and without costs or further notice to either party.

Dated: ~~May ___, 2016.~~

6/14/16

JD HAAS & ASSOIATES PLLC

By: _____
JD Haas
9801 Dupont Avenue South
Suite 430
Bloomington, MN 55431
T: 952-345-1025
Attorneys for Plaintiff
jdhaas@jdhaas.com

1096763 / 12956.0002

Dated: June 14, 2016.

                         GUNDERSON, PALMER, NELSON
                                  & ASHMORE, LLP


By: */s/ Jana Smoot White*
    Jana Smoot White
    Attorneys for Defendant
    506 Sixth Street
    P.O. Box 8045
    Rapid City, SD  57709
    Telephone: (605) 342-1078
    Telefax:  (605) 342-0480
    E-mail:  jwhite@gpnalaw.com