UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RANDY BRUDWICK,<br><br>           Plaintiff,<br><br>    vs.<br><br>CREDIT COLLECTIONS BUREAU,<br><br>           Defendant. | CIV. 16-5019-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 11), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to either party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

    Dated July 12, 2016.

                    BY THE COURT:

                    /s/ *Jeffrey L. Viken*
                    JEFFREY L. VIKEN
                    CHIEF JUDGE